UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA L. S., | Case No. CV 24-2575-E |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: April 18, 2025.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE